In the Matter of GEORGE GOLDSMITH, as Chairman of the Tenants' Committee at 400 East 49th Street, New York, Appellant, v. HORTENSE W. GABEL, as Administrator of the City Rent and Rehabilitation Administration, Respondent, and ANTHONY J. FARANDA, Intervenor-Respondent.— Judgment dismissing the petition in an article 78 proceeding unanimously affirmed on the opinion of Mr. Justice GELLER [42 Misc 2d 732], with costs to respondents. Concur—Botein, P. J., Breitel, Valente, McNally and Staley, JJ.

 LUCY GREENE v. HERBERT GREENE.— Motion for reargument denied. That branch of the motion seeking leave to appeal to the Court of Appeals is dismissed on the ground that said court is without jurisdiction to entertain such an appeal. (*People ex rel. Grissler* v. *Fowler*, 55 N. Y. 675; *Rowe* v. *De Loca*, 260 N. Y. 569.) Concur—Botein, P. J., Valente, McNally, Stevens and Eager, JJ.

## (June 30, 1964)

 In the Matter of ALFRED SATZ, an Attorney.— Motion for reinstatement to the Bar granted. Concur—Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

 COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK v. MICHAEL JANICKI.— Motion for an order setting aside, modifying or vacating the alleged paternity and support of three children denied. There is no basis for the relief requested. Concur—Breitel, J. P., Rabin, Valente, Stevens and Staley, JJ.

 In the Matter of HOSPITAL FOR JOINT DISEASES v. JAY KRAMER et al.— Motion for leave to appeal *nunc pro tunc* as of March 24, 1964 denied as unnecessary since the appeal lies as a matter of right from a final order in an article 78 proceeding. Concur—Breitel, J. P., Rabin, Valente, Stevens and Staley, JJ.